# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKELINE BARBOSA,<br>MARK ANDERSON,<br>DOUGLASS BAKER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>SCHREIBER/COHEN, LLC,<br>LUSTIG, GLASER & WILSON, P.C.,<br><br>    Defendants. | CIVIL ACTION NO. 18-CV-11997 |

## NOTICE OF APPEARANCE

Pursuant to LR, D. Mass 83.5.2(a), please enter the appearance of Andrew M. Schneiderman, Esq. as counsel for the defendant, Schreiber/Cohen, LLC in the above-entitled action.

                                                Attorneys for Defendant
                                                SCHREIBER/COHEN, LLC
                                                By: Their Attorney

                                                /s/ Andrew M. Schneiderman
                                                Andrew M. Schneiderman, BBO #666252
                                                HINSHAW & CULBERTSON LLP
                                                53 State Street, 27th Floor
                                                Boston, MA 02109
                                                617-213-7000
                                                617-213-7001  (facsimile)

Dated:    December 18, 2018

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Andrew M. Schneiderman
                                                Andrew M. Schneiderman