# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JACKELINE BARBOSA, MARK ANDERSON**, and **DOUGLASS BAKER**, individually and on behalf of others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **MIDLAND CREDIT MANAGEMENT, INC., et al.** <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **CIVIL ACTION** <br> No. 18-cv-11997 NMG |

## NOTICE OF ENTRY OF APPEARANCE

Now comes Charles M. Delbaum and hereby enters his appearance as co-counsel of record on behalf of Plaintiffs Jacqueline Barbosa, Mark Anderson, Douglass Baker and all others similarly situated.

Respectfully Submitted,

/s/ Charles M. Delbaum
Charles M. Delbaum (BBO 543225)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, Massachusetts 02110
(617) 542-8010
(617) 542-8028 (facsimile)
cdelbaum@nclc.org