UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Jackeline Barbosa</u>
      Plaintiff

v.                                                                         Civil Action No. 18-11997-NMG

<u>Midland Credit Management, Inc. et al</u>
      Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>GORTON, D.J.</u>

      The Court having been advised by counsel on August 8, 2019 that this action has settled as to Douglass Baker and Lustig Glaser & Wilson P.C. ONLY, it is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of both parties upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated between Douglass Baker and Lustig Glaser & Wilson P.C.

                                            By the Court,

                                            /S/ Leonardo T. Vieira

<u>08/08/2019</u>
Date                                                                      Leonardo T. Vieira
                                                            Docket Clerk