UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:18-11997-NMG

<u>Jackeline Barbosa</u>
Plaintiff

v.

<u>Midland Credit Management, Inc. et al</u>
Defendant

ORDER OF DISMISSAL

**GORTON, D.J.**

      In accordance with this Court's adoption on August 09, 2019, of the Magistrates Judge's Report and Recommendation of dismissal, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Leonardo T. Vieira
Deputy Clerk

August 12, 2019

To: All Counsel