# United States Court of Appeals
## For the First Circuit

No. 19-1896

JACKELINE BARBOSA,
individually and on behalf of others similarly situated,

Plaintiff, Appellant,

MARK ANDERSON, individually and on behalf of other similarly situated; DOUGLASS BAKER, individually and on behalf of others similarly situated,

Plaintiffs,

v.

MIDLAND CREDIT MANAGEMENT, INC; SCHREIBER/COHEN, LLC,

Defendants, Appellees,

LUSTIG, GLASER & WILSON, P.C.,

Defendant.

**JUDGMENT**

Entered: November 25, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting Midland Credit Management and Schreiber/Cohen, LLC's motions to compel Jackeline Barbosa's claims to the arbitration process is affirmed. Each party to bear its own costs.

By the Court:

Maria R. Hamilton, Clerk

cc: Nadine M. Cohen, Matthew W. Brooks, Charles M. Delbaum, Kenneth David Quat, Alexa L. Rosenbloom, Benjamin M. McGovern, Gordon P. Katz, Cory W. Eichhorn, Marissa I. Delinks, Andrew M. Schneiderman, Alyssa Ann Aquino